# F I L E D

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

MAY 2 4 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| COLT LINDSEY, insured/assignor, and MED-X GLOBAL AIR AMBULANCE, LLC, provider and assignee, | § § § § | |
| Plaintiffs, | § | C.A. No. 5:18-cv-438-OLG |
| v. | § § | |
| UNITEDHEALTHCARE INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL

The parties, having advised the court that the matters in controversy have been resolved, it is accordingly

ORDERED, ADJUDGED and DECREED that the case is DISMISSED WITH PREJUDICE; and it is further

ORDERED, ADJUDGED and DECREED that all attorneys' fees and costs are taxed against the party incurring same.

SIGNED this ⟨24⟩ day of ⟨May⟩, 2019.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: /s/ Jeffrey L. Greyber
     Jeffrey L. Greyber, Esq.
     Texas Bar No. 24103030
     jgreyber@callagylaw.com

CALLAGY LAW, PC
1900 NW Corporate Blvd., Suite 310W
Boca Raton, FL 33431
Tel: (561) 405-7966
Fax: (201) 549-8753

ATTORNEYS FOR PLAINTIFFS

By: /s/ Lance V. Clack
     Andrew G. Jubinsky
     Texas Bar No. 11043000
     andy.jubinsky@figdav.com
     Lance V. Clack
     Texas State Bar No. 24040694
     lance.clack@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Fax)

ATTORNEYS FOR DEFENDANT